**Electronically Filed**
**Intermediate Court of Appeals**
**30568**
**24-NOV-2010**
**02:17 PM**

NO. 30568

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union- Appellee/Cross-Appellant,

v.

STATE OF HAWAI'I; THE JUDICIARY;
HAWAI'I HEALTH SYSTEMS CORPORATION,
Employers-Appellants/Cross-Appellees,

and

CITY AND COUNTY OF HONOLULU (2009-044),
Employer-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. S.P. 09-1-0305 GWBC)

ORDER GRANTING EMPLOYERS-APPELLANTS/CROSS-APPELLEES
STATE OF HAWAI'I, THE JUDICIARY, AND
HAWAI'I HEALTH SYSTEMS CORPORATION'S MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of Employers-Appellants/Cross-Appellees State of Hawai'i, the Judiciary, and Hawai'i Health Systems Corporation's Notice of Motion and Motion to Dismiss Appeal, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that:

1.    The motion is granted.

2.    The appeal filed by Employers-Appellants/Cross-Appellees State of Hawai'i, the Judiciary, and Hawai'i Health Systems Corporation is dismissed.  The parties shall bear their own appellate attorneys' fees and costs related to the direct appeal.

3.    The cross-appeal filed by Union-Appellee/Cross-Appellant United Public Workers, AFSCME, Local 646, AFL-CIO remains pending.

DATED: Honolulu, Hawai'i,  November 24, 2010.


Chief Judge

Associate Judge

Associate Judge